IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JOSE GARCIA, | : | CIVIL ACTION |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | NO. 11-4073 |
|  | : |  |
| PENNSYLVANIA STATE POLICE, | : |  |
| TROOPER KEVIN P. HIBSON, Individually and in | : |  |
| His Official Capacity as a Pennsylvania State | : |  |
| Trooper, Dublin Station and | : |  |
| TROOPER WILLIAM MCDERMOTT, | : |  |
| Individually and in His Official Capacity as a | : |  |
| Pennsylvania State Trooper, Dublin Station, | : |  |
| Defendants. | : |  |

## ORDER

**AND NOW**, this  14th  day of October, 2011, upon consideration of Defendants' Partial Motion to Dismiss (Dkt. No. 3), filed on July 29, 2011 and Plaintiff's Response (Dkt. No. 5) filed on August 23, 2011,

**IT IS ORDERED** that Defendants' Motion is **GRANTED** as to all claims against Defendant Pennsylvania State Police, Count I against Trooper Hibson and Trooper McDermott in their Official Capacities and as to all claims in Counts II and III;

**IT IS ORDERED** that Defendants' Motion is **DENIED** as to Count I against Trooper Hibson and Trooper McDermott in their Individual Capacities and as to Count IV.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge